In the Matter of COUNTY OF WESTCHESTER et al., Appellants, v BOARD OF TRUSTEES OF STATE UNIVERSITY OF NEW YORK, Respondent.

Submitted April 16, 2007; decided April 26, 2007

Motion by Board of Trustees of Nassau Community College for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.